UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLY SUPPORT, S.L., APPLY DIGITAL SYSTEMS B.V., AND APPLY DIGITAL SYSTEMS HOLDING B.V.'S APPLICATION FOR JUDICIAL ASSISTANCE | Case No. 23-mc-80340-LJC<br><br>**ORDER DIRECTING SERVICE OF EX PARTE PETITION AND SETTING DEADLINE TO CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Petitioners Apply Support, S.L., Apply Digital Systems B.V., and Apply Digital Systems Holding B.V. (collectively, Apply) bring this *Ex Parte* Petition for Judicial Assistance in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Petition). ECF No. 1. Petitioners request the issuance of an order allowing Apply to obtain documentary and testimonial discovery from a Dutch payment processing company, Adyen N.V. (Adyen), located in San Francisco, California. *Id.* ¶¶ 3, 21. The discovery sought is to be used in pending legal proceedings in the Kingdom of Spain initiated by Apply against another company, App Foundry, S.L., its owner, and several former Apply employees for violations of intellectual property laws, unjust competition laws, and trade secret laws. *Id.* ¶ 10. Because this is a dispositive matter, the consent of all parties to magistrate judge jurisdiction is required for the Court to hear and adjudicate the Petition. *See* 28 U.S.C. § 636(c)(1); *CPC Pat. Techs. Pty. Ltd. v. Apple Inc.*, 34 F.4th 801, 807–08 (9th Cir. 2022) (requiring both the Section 1782 applicant and the party from whom discovery is sought to consent to magistrate judge jurisdiction); *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017).

Apply has consented. However, there is no indication on the docket that Apply has served a copy of the Petition on Adyen, and Adyen has not made an appearance in this matter as an interested party. Apply shall serve a copy of the Petition as well as this Order on Adyen by

February 15, 2024, and file a proof of service promptly thereafter.  Adyen must file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether it consents or declines magistrate judge jurisdiction by February 29, 2024.[1]  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

      Unless all parties ultimately consent to the jurisdiction of a magistrate judge, the Court will order the Clerk to reassign the matter to a district judge.

      **IT IS SO ORDERED.**

Dated: February 8, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/.